UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
SAN ANGELO DIVISION

AKZHOL GANIEV,

    Petitioner,

v.                                                                                     No. 6:26-CV-021-H

PHILLIP VALDEZ, et al.,

    Respondents.

## ORDER

Before the Court is the parties' joint stipulation of dismissal without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Dkt. No. 14. The joint stipulation is approved. The petitioner's claims against the respondents are dismissed without prejudice, and the Clerk of Court is directed to close the case. The parties shall each bear their own costs and attorneys' fees.

So ordered on June 3, 2026.

_____
JAMES WESLEY HENDRIX
UNITED STATES DISTRICT JUDGE